AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

FILED

2019 MAY 13 AM 11: 03

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| YESENIA MARISOL LEMUS-DE SANDOVAL | ) Case No. |
|  | ) |
|  | ) EP-19-mj-4912 LS |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____5/9/2019_____ in the county of _____El Paso_____ in the

_____Western_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received consent to reapply for admission from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gabriela Avelar, CBP Enforcement Officer
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____05/13/2019_____

_____
*Judge's signature*

City and state: _____El Paso, Texas_____     Leon Schydlower, United States Magistrate Judge
_____
*Printed name and title*

Oath Telephonically Sworn
At ___11__:_05__ PM
Fed.R.Crim.P. 4.1(b)(2)(A)

FACTS

That on May 9, 2019, the DEFENDANT, Yesenia Marisol LEMUS De Sandoval, a native and citizen of El Salvador, attempted to enter the United States from Mexico at the Bridge of the Americas Port of Entry in El Paso, Texas by eluding inspections from Customs and Border Protection Officers (CBPO). At approximately 1925 hours, Supervisory Customs and Border Protection Officer (SCBPO) A. Baeza heard a radio call from another CBP Officer stating that the DEFENDANT was observed walking down the northbound vehicle lanes and had jumped into the vehicle outbound lanes where she was headed to the vehicle gate that leads to the Chamizal Park. SCBPO Baeza responded to the call an ran to the gate in question were he saw the DEFENDANT as she was trying to open the gate by pulling on the handle. As SCBPO Baeza approached the DEFENDANT she stopped trying to open the gate and started walking towards him and stated that she was going to Mexico. SCBPO Baeza asked the DEFENDANT why she was trying to open the gate to which she responded that she was going there and pointed towards the Chamizal Park. SCBPO Baeza asked the DEFENDANT for her citizenship to which she stated that she was staying in Ciudad Juarez. SCBPO Baeza asked her several times for her citizenship to which she only replied that she was staying in Juarez. SCBPO Baeza asked the DEFENDANT how she had made entry to the US, to which she did not answer the question. SCBPO Baeza asked the DEFENDANT if she had any legal document to work or reside in the U.S. to which she replied no. The DEFENDANT was not admitted but was rather escorted to Passport Control Secondary (PCS) office for further inspections. At PCS, the DEFENDANT stated that she wanted to reunite with her husband for her daughters' surgery and return to El Salvador. Database records revealed her true identity and her citizenship. Database records indicate that the DEFENDANT is not in possession of any legal document which allows her to legally enter, reside or be legally employed in the United States. Database records further revealed that the DEFENDANT was removed from the United States to El Salvador on or about October 25, 2017. Officer Ambrosio Alvarez served the DEFENDANT with Form I-214 (Spanish Version), Warning of Rights, which she read, said she understood and signed voluntarily indicating she was not willing to answer questions without the presence of an attorney. All questioning ceased. Record checks indicate that the DEFENDANT has not applied for, nor received permission from the Attorney General or the Secretary of Homeland Security to reapply for admission into the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Criminal History:
09/15/2017 – 8USC1325 (a)(1); 18 days jail T/S.

Immigration History:
DEFENDANT was deported from the United States to El Salvador on or about October 25, 2017.